[935 NE2d 791, 909 NYS2d 1]

RONI LLC et al., Appellants, v RACHEL L. ARFA et al., Respondents.

Decided September 16, 2010

### APPEARANCES OF COUNSEL

*Balber Pickard Maldonado & Van Der Tuin, PC*, New York City (*John Van Der Tuin* of counsel), for appellants.

*Schlam Stone & Dolan LLP*, New York City (*David J. Katz* of counsel), for Rachel L. Arfa and others, respondents.

*Simpson Thacher & Bartlett LLP*, New York City (*Mark G. Cunha* and *Scott A. Sukenick* of counsel), for Mintz Levin Cohn Ferris Glovsky & Popeo, P.C. and another, respondents.

*Bellin & Associates LLC*, White Plains (*Aytan Y. Bellin* of counsel), for Edward Lukashok, respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed with costs. Plaintiffs' conclusory pleadings do not give rise to an inference that the attorney defendants knowingly participated in the alleged aiding and abetting of a breach of fiduciary duty by providing substantial assistance to the promoter defendants in their purported commission scheme (*see Kaufman v Cohen*, 307 AD2d 113, 126 [1st Dept 2003]; *see generally Eurycleia Partners, LP v Seward & Kissel, LLP*, 12 NY3d 553 [2009]).

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, in a memorandum.